1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

10 | RICHARD MENDOZA,                                  Case No. LACV 15-8428-DMG (LAL)

11 |                                    Petitioner,    **JUDGMENT**

12 |                        v.

13 | J. SOTO, Warden,

14 |                                    Respondent.

15

16

17        Pursuant to the Order Accepting Report and Recommendation of United States

18 Magistrate Judge,

19        IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

20

21 DATED:  May 29, 2018                    _____

22                                          DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28